IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PAMELA LEE JENSEN,<br><br>      Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>      Defendant. | REPORT AND RECOMMENDATION<br><br>Case No. 2:14-cv-760 CW BCW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke Wells |

  Plaintiff Pamela Jensen filed a Complaint against the Social Security Administration and Carolyn Colvin the Acting Commissioner of the Social Security Administration on October 17, 2014. In January earlier this year the undersigned entered an Order to Show Cause directing Plaintiff to show cause why this case should not be dismissed for failure to prosecute.[1] As of the date of this Recommendation there has been no response filed.

  Accordingly, the undersigned recommends that this matter be dismissed for failure to prosecute.

NOTICE

  A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. 636(b)(1)(B) for which de novo review by the district court is sought, together with a supporting memorandum, and request for oral argument before the district judge, if any is sought, within fourteen (14) days

---

[1] Order to Show Cause dated January 14, 2016.

after being served with a copy. Failure to file a timely objection shall constitute a waiver of the right to de novo review by the district court and to appeal the district court's order.

DATED this 22 March 2016.

_____
Brooke C. Wells
United States Magistrate Judge