IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PAMELA LEE JENSEN,<br><br>                      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>                      Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:14-cv-760<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Brooke Wells |

      This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Brooke Wells pursuant to 28 U.S.C. § 636(b)(1)(B). (Dkt. No. 4). On March 22, 2016, Judge Wells issued a Report and Recommendation, recommending that the court dismiss Plaintiff Pamela Lee Jensen's complaint for failure to prosecute. (Dkt. No. 9). Ms. Jensen did not file an objection.

      The court has reviewed the Report and Recommendation de novo and APPROVES AND ADOPTS it in its entirety. The case is closed.

      SO ORDERED this 13th day of May, 2016.

                                      BY THE COURT:

                                      Clark Waddoups<br>
                                      United States District Judge